# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | |
|---|---|
| Lila Meador and M.M.<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Commonwealth of Kentucky; Deaconess Gateway Hospital; Owensboro Health Regional Hospital<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 4:23-CV-101-RGJ<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No<br><br>**FILED**<br>JAMES J. VILT, JR. - CLERK<br>SEP 11 2023<br>U.S. DISTRICT COURT<br>WEST'N. DIST. KENTUCKY |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sh1a Meador & M.M.
Address: 5tee 7 Old Hwy 54
City: Philpot
State: Ky
Zip Code: 42366
County: Daviess
Telephone Number: (270) 244-8882
E-Mail Address: aquapaint2Lou@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: Nicole
Job or Title: Supervisor, Emergency & Pediatrics
Address: 4011 Gateway Blvd.
City: Newburgh
State: IN
Zip Code: 47630
County: Warrick Co.
Telephone Number: (812) 842-2000
E-Mail Address:

[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**

Name: Angela; Kiley outpatients
Job or Title: DR. Emergency; Pediatrics Diabetic Educators
Address: Riley;
City: Newburgh
State: IN
Zip Code:
County: Warrick co;
Telephone Number:
E-Mail Address:

[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Michael; Security Supervisor
Job or Title (if known):
Address: 4011 Gateway Blvd., Newburgh, IN 47630
City / State / Zip Code
County: Warrick Co.
Telephone Number: (812) 842-2000
E-Mail Address (if known):

☑ Individual capacity  ☑ Official capacity

Defendant No. 4
Name: Security; (2)/6 people;
Job or Title (if known): Security, Personnel;
Address: 4011 Gateway Blvd., Newburgh, IN 47630
City / State / Zip Code
County: Warrick Co.
Telephone Number: (812) 842-2000
E-Mail Address (if known):

☑ Individual capacity  ☑ Official capacity

Kingdom Hall of Jehovah's Witnesses; 2208 Tamarack Rd, Owensboro, Ky 42301

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Constitutional Civil Rights Violations; INDIAN CHILD WELFARE ACT; FEDERAL;

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lila Meador & M.M.
Address: 5667 Old Hwy 54
Philpot, Ky 42366
City / State / Zip Code
County: Daviess
Telephone Number: (270) 244-8882
E-Mail Address: aquapaintzlov@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Andrea Payne
Job or Title: Social Worker
Address: 3649 Wathens Crossing
Owensboro, Ky 42301
City / State / Zip Code
County: Daviess
Telephone Number: (270) 687-7491
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
Name: Paula Haczel
Job or Title: Social Worker
Address: 3649 Wathens Crossing
Owensboro, Ky 42301
City / State / Zip Code
County: Daviess
Telephone Number: (270) 687-7491
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: Retiha Duprist
Job or Title (if known): Social Worker, Supervisor
Address: 3649 Wathens Crossing
City: Owensboro  State: Ky  Zip Code: 42301
County: Daviess
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: Prosecutors Office; John Burlew; Josh Settles
Job or Title (if known): Prosecutors
Address: 212 Saint Ann St. Rm 202
City: Owensboro  State: Ky  Zip Code: 42303
County: Daviess Co.
Telephone Number: (270) 685-8448
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Federal Indian Child Welfare Act; (ICWA); withholding evidence of child abuse; by John Burlew;

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Lila Meador & M.M.
   Address: 5667 Old Hwy 54
   City: Philpot   State: Ky   Zip Code: 42366
   County: Daviess Co.
   Telephone Number: (270) 244-8882
   E-Mail Address: aquapaint2Lax@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Dr. Phillips II
   Job or Title (if known): Pediatrics Physician; Owensboro Health Regional Hosp.
   Address: 1000 Breckenridge St. Suite 300
   City: Owensboro   State: Ky   Zip Code: 42303
   County: Daviess
   Telephone Number: (270) 688-4480
   E-Mail Address (if known):
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Dr. Pile
   Job or Title (if known): Emergency Physician; Owensboro Health Regional Hosp.
   Address: 1201 Pleasant Valley Rd.
   City: Owensboro   State: Ky   Zip Code: 42303
   County: Daviess
   Telephone Number: (270) 417-2000
   E-Mail Address (if known):
   [✓] Individual capacity   [✓] Official capacity

Defendant No. 3
  Name: Dr. Cohen
  Job or Title (if known): Pediatrics Physician; Deaconess Gateway Hospital
  Address: 4011 Gateway Blvd; Newburgh
  City: Newburgh   State: IN   Zip Code: 47630
  County: Warrick Co.
  Telephone Number: (812) 842-2000
  E-Mail Address (if known):

  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: Dr. Estep
  Job or Title (if known): Pediatrics Physician; Deaconess Gateway Hospital
  Address: 4011 Gateway Blvd;
  City: Newburgh   State: IN   Zip Code: 47630
  County: Warrick Co.
  Telephone Number: (812) 842-2000
  E-Mail Address (if known):

  [✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)
  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Rights of mother; L.M. denied ruling out whether child M.M. has phenylketonemia; which might be causing diabetic symptoms or diagnosis; communication with care of daughter; L.M. request for daughter M.M. be seen by another ~~second opinion~~ professional endocrinologist doctor; rights of mother; by birth mother of M.M. undue seperation of child and mother premeditated;

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

{ Federal INDIAN CHILD Welfare Act; } unreasonable request; for seperation; due to prejudice of mother; upon arrival to D.H.R.H. March, 20, 23.

Page 3 of 6

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Chad Sanders;
Owensboro Urgent Care 2200 E. Parrish Ave #102; Owensboro Ky 42303
Owensboro Health Regional Hospital;
Deaconess Gateway Hospital;

B. What date and approximate time did the events giving rise to your claim(s) occur?
March 20, 2023;
11:00 am → Urgent Care 2200 E. Parrish Ave; #102
12:00 am; Owensboro Health Regional Hospital
5:00 am; Deaconess Gateway Hospital; 4011 Gateway Blvd; Newburgh IN 47630
March 21st, Tues → Thurs; March 23rd; Fri; March 24th;

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Chad Sanders; called Dr. Phillips; recommended taking M.M. directly to the O.H.R.H.; (L.M. took M.M. directly to O.H.R.H.)
L.M. asked on call Physician; Dr. Pile to check Daughter M.M. to see if she had phenylketonuria; which might be causing diabetic symptoms as mother L.M. has phenylketonuria; and had similar ketoacidosis symptoms at age 14. L.M. previously asked Pediatric Physician Dr. Phillips to assess daughters metabolic state; in regards to symptoms; Dr. Phillips Refused and ignored mothers requests; prior to; March 20, 23.
Upon arrival; Lila Meador; Requested daughter be seen at Deaconess Gateway; Newburgh; Dr. Cohen; was extremely upset and livid at L.M. requests;
Dr. Cohen failed to produce phenylketonuria test results as prior promised to rule out;

Page 4 of 6

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

allegations of perjury (biased information source of opinion of Lila Meador) by Dr. Estep; led to undue seperation of Mila M. traumatized and undue duress; psycologically manipulated against mother; while in Deaconess Gateway Hospital; during stay of illness; new diagnosis; mother not allowed to comfort daughter; being unduely seperated and accused of being inadequate; due to biased misrepresentation; attested to Nicole; supervisor; Deaconess Gateway; L.M. perception negative; based on biased information sources; Dr. Estep; perjury admitted to the court; 3/20/23 - 3/28/23

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Request the Cabinet of Kentucky to Return daughter; expediently to mother; reunification; due to biased information source; perjury; allowed seperation is a violation of Mother and Daughters M. M. (jr) Rights; being protected by the Constitution; and Prosecutors office; failure to adequately protect mother and daughter from injustice; admission of fault; and emotional duress injury to family; removal of Andrea Payne; Paula Hazel; Retina Dupriest; Hal; Jerry Johnson; daughter doesnt require subject to supervision visits; uncalled for; because attorney; Jerry Johnson; anger; outburst; Sexton; provided evidence at wathens crossing; L.M. is truthful; and adequate level of care;

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. **I declare under penalty of perjury that the information contained in this document is true and correct.**

Date of signing: _Lila Meador 9/1/23_

Signature of Plaintiff _Lilm Meador_
Printed Name of Plaintiff _Lila Meador_

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*        *State*        *Zip Code*

Telephone Number
E-mail Address